UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICK D. BALDWIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-223 |
| | § | |
| KERR COUNTY COURTS, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF TRANSFER**

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. He is being held at the Garza East Unit in Beeville, Texas. Plaintiff alleges that Kerr County Courts and Lucy Ortiz Wilke, the Kerr County District Attorney, caused him pain and suffering by subjecting him to an excessive sentence. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, defendants work in the state courts operating in Kerr County, Texas, and the events of which plaintiff complains occurred in Kerr County, Texas. (D.E. 1). Kerr County lies within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(2). Jurisdiction is proper with that Court. 28 U.S.C. § 1391(b).

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Western District of Texas, San Antonio Division.

SIGNED and ORDERED this 22nd day of July, 2010.

_____
Janis Graham Jack
United States District Judge